IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
THEME PROMOTIONS, INC                    No C 97-4617 VRW
dba THEME CO-OP PROMOTIONS,
                                              ORDER
        Plaintiff and
        Counterdefendant,

        v

NEWS AMERICA FSI, INC,

        Defendant and
        Counterclaimant.
_____/
```

In anticipation of the hearing noticed for March 2, 2006, the parties should prepare to discuss the effect of Sosa v DirecTV, Inc, ___ F3d ___, 2006 WL 335796 (9th Cir Feb 15, 2006).

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge