**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  THEME PROMOTIONS, INC,              No   C  97-4617  VRW
    a California Corporation, d/b/a
12  THEME CO-OP PROMOTIONS,             ORDER

13                Plaintiff and
                  Counterdefendant,
14
                  v
15

16  NEWS AMERICA MARKETING FSI, INC,
    a Delaware Corporation,
17
                  Defendant and
18                Counterclaimaint.
    _____/
19

20

21          In this long-running antitrust action with accompanying

22  claims, the court following a jury trial entertained extensive

23  post-trial motions which the court ruled upon on March 2, 2006.

24  The court requested the parties to submit a proposed form of

25  judgment based on the verdict and post-trial rulings.

26          The parties disagreed on the proper form of judgment.

27  That disagreement centers on whether the jury's award of $496,023

28  to Theme based on News America's negligent interference with

United States District Court

For the Northern District of California

1   Theme's prospective economic relationship with Campbells duplicates

2   the award the jury made on Theme's Cartwright Act claim.  The court

3   finds the awards are not duplicative for the reasons that follow.

4        The jury was instructed that there were four bases upon

5   which it could find the independent wrongful conduct necessary to

6   support a determination that News America negligently interfered

7   with Theme's economic relationships, only two of which applied to

8   Campbells:  (1) violation of the Cartwright Act or (2) intentional

9   misrepresentation by News America to Campbells that News America

10  had not changed its policy regarding the interpretation and

11  enforcement of its right-of-first-refusal (ROFR) agreements and

12  that Theme had always been subject to the terms of those ROFR

13  agreements.

14       There was substantial evidence in the trial record that

15  prior to 1997, News America did not use its ROFR agreements to keep

16  packaged goods companies (PGCs) such as Campbells from placing

17  their business through Theme with other producers of free-standing

18  inserts (FSIs).  And there was some evidence that, on at least one

19  occasion, News America represented to Campbells and/or one of its

20  subsidiary/related entities, Pepperidge Farm, that a then-existing

21  agreement between News America and Campbells and/or Pepperidge Farm

22  required Campbells and/or Pepperidge Farm to place all FSI business

23  with News America when, in fact, the agreement contained "carve-

24  out" provisions allowing Campbells and/or Pepperidge Farm to place

25  FSI business with producers of FSIs other than News America under

26  certain circumstances.  See Pl Ex 178.  A rational jury could have

27  concluded from this evidence that News America intentionally

28  misrepresented to Campbells that News America had not changed

2

United States District Court

For the Northern District of California

1   its policy regarding the interpretation and enforcement of its

2   right-of-first-refusal (ROFR) agreements and that Theme had always

3   been subject to the terms of those ROFR agreements.

4           The clerk is directed to enter judgment accordingly and

5   in accordance with the verdict and rulings on March 2, 2006.

6

7           SO ORDERED.

8

9                                      _____

10                                     VAUGHN R WALKER

11                                     United States District Chief Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28