```
                                                    FILED

                                               2006 JUL -7  PM 12: 19

                                               RICHARD W.        NG
                                                    CLERK
                                               U.S. DISTRICT COURT
                                               NO
```

1  Gary J. Malone
   Robert Begleiter
2  Yang Chen
   Stacey Anne Mahoney
3  Reiko Cyr
   CONSTANTINE CANNON
4  450 Lexington Avenue, 17th Floor
   New York, New York 10017
5  Telephone:   (212) 350-2700
   Facsimile:   (212) 350-2701
6  Email: gmalone@constantinecannon.com

7  Jeffrey S. Schoppert (SBN 116674)
   Daniel S. Harris (SBN 157433)
8  KEEGIN HARRISON SCHOPPERT & SMITH LLP
   1000 Fourth Street, Suite 600
9  San Rafael, California 94901
   Telephone:   (415) 456-4000
10 Facsimile:   (415) 456-1921
   Email: dharris@marinlaw.com

*Attorneys for Defendant and Counterclaimant*
*News America Marketing FSI, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEME PROMOTIONS, INC., a California corporation, dba THEME CO-OP PROMOTIONS,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>    v.<br><br>NEWS AMERICA MARKETING FSI, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | No. Civ. 97-4617 (VRW) MED<br><br>**STIPULATION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL; ORDER** |

### STIPULATION

The parties, by and through their undersigned attorneys of record, agree that the proper amount of supersedeas bond to be posted to stay execution and levy on the judgment of $3,496,012 while the case is on appeal to the United States Court of Appeals for the Ninth Circuit is a bond in the amount of $ 4,370,000.

It is further agreed and stipulated that the Court should enter the following Order staying

-1-
**STIPULATION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL; ORDER**

78082.1

1  execution of the judgment during appeal if News America Marketing FSI, Inc. posts a supersedeas
2  bond in the amount of $4,370,000.

3  Dated: June 30, 2006

4  Consented to:

5  [signature]

6

7  **KEEGIN HARRISON SCHOPPERT & SMITH LLP**
   Daniel S. Harris (SBN 157433)
8  Jeffrey S. Schoppert (SBN 116674)
   1000 Fourth Street, Suite 600
9  San Rafael, California 94901-3182
   Telephone: (415) 456-4000
10 Facsimile: (415) 456-1921
   Email: dharris@marinlaw.com
11
   **CONSTANTINE CANNON**
12 Gary J. Malone
   Robert L. Begleiter
13 Yang Chen
   Lloyd Constantine
14 Stacey Mahoney
   Reiko Cyr
15 450 Lexington Avenue, 17th Floor
   New York, New York 10017
16 Telephone: (212) 350-2700

17 *Attorneys for* News America Marketing FSI, Inc.

[signature]

**TOWNSEND and TOWNSEND and CREW LLP**
Theodore T. Herhold (SBN 122895)
Eugene Crew (SBN 35395)
Leigh A. Kirmsee (SBN 161929)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ttherhold@townsend.com

*Attorneys for Theme Promotions, Inc. dba Theme Co-op Promotions*

18                              **ORDER**

19 IT IS SO ORDERED.

20

21  July __7__, 2006        [signature]

22                          HON. VAUGHN R. WALKER
                            United States District Judge

23

24

25

26

27

28

2
STIPULATION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL; ORDER

78082.1