IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEME PROMOTIONS, INC, a California Corporation, d/b/a THEME CO-OP PROMOTIONS,<br><br>    Plaintiff and<br>    Counterdefendant,<br><br>    v<br><br>NEWS AMERICA MARKETING FSI, INC, a Delaware Corporation,<br><br>    Defendant and<br>    Counterclaimant.<br>_____/ | No   C  97-4617   VRW<br><br>ORDER |

    Defendant News America Marketing FSI, Inc, has filed a motion for administrative relief from the motion for attorney fees filed by plaintiff Theme Promotions, Inc.  Doc #539.  Specifically, News America requests that the court defer adjudicating Theme's fee petition pending News America's appeal and Theme's corresponding cross-appeal to the Ninth Circuit.  Theme opposes on the grounds that (1) the "Federal Rules of Civil Procedure, this Court's local rules and pertinent case authority all warrant — indeed require — proceeding with the motion as scheduled" and (2) the matter should

be decided while the litigation is still fresh in the minds of the parties and the court (notwithstanding that trial commenced approximately one year ago).  Doc #541.

       The court disagrees with Theme's assessment of the legal landscape.  The advisory committee note to the 1993 amendments to FRCP 54(d) provide:  "If an appeal of the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing * * * a new period for filing after the appeal has been resolved."  See also, for example, <u>Tancredi v Metropolitan Life Insurance Co</u>, 378 F3d 220, 223, 225-26 (2d Cir 2004).  In short, whether to proceed with Theme's fee motion forthwith or to defer pending appeal is a matter committed to the court's discretion.

       In this case, deferral is the prudent, efficient course given the number of issues involved in the appeal, disposition of which could result in either wasted or duplicated effort if the court were to proceed to Theme's motion at this juncture.  Further, this nine-year litigation has made an impression on the court unlikely to fade before resolution of the parties' appeals.

//
//
//
//
//
//
//
//

**2**

1    News America's motion for administrative relief is
2 GRANTED.  Consistent with FRCP 54(d), adjudication of Theme's
3 motion for attorney fees is hereby DEFERRED.  The clerk is DIRECTED
4 to terminate Theme's motion for attorney fees, Doc #506, as an
5 administrative matter.  Theme may re-notice its motion within
6 fourteen days of issuance of appellate mandate, in which event the
7 parties may submit further briefing to the extent necessary in
8 light of the disposition of the issues on appeal.

10    SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge