IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEME PROMOTIONS, INC, a California Corporation, d/b/a THEME CO-OP PROMOTIONS,<br><br>  Plaintiff and Counterdefendant,<br><br>  v<br><br>NEWS AMERICA MARKETING FSI, INC, a Delaware Corporation,<br><br>  Defendant and Counterclaimant. | No    C  97-4617 VRW<br><br>ORDER RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |

   To supplement its pending motion for attorneys' fees, Theme Promotions must file by no later than March 3, 2010 an additional declaration that summarizes the total hours and fees charged by each Townsend attorney during each phase of litigation, as Theme has defined those time periods.  This supplemental documentation should aggregate the number of hours spent by each attorney in each category as reflected in the itemized billing summaries that were submitted as Exhibit A to the Appendix in support of plaintiff's motion (doc #504) and Exhibits 5 and 8 to

the Supplemental Declaration of Theodore T Herhold (doc #559). Theme must also update the total number of hours spent by each attorney during the post-appeal period defined by Theme as October 21, 2008 to present.

News America may file a response to Theme's supplemental declaration by no later than March 10, 2010.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge